FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Department of Justice

was received by me on *(date)*   May 20, 2026         .

⮞  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⮞  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⮞  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⮞  I returned the summons unexecuted because _____ ; or

✓  Other *(specify):* I served the summons through USPS certified mail, pursuant to Fed. R. Civ. P. 4(I)(1)(b)
and the U.S. Dep't of Justice, Justice Manual § 5-5.124.
The package was sent to 950 Pennsylvania Avenue NW, Washington, DC 20530-0001       .
on May 21, 2026 and arrived on May 26, 2026. The tracking number is 9589071052702253149663.
See attached delivery confirmation.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  May 26, 2026

_____
*Server's signature*

Katherine Jeng, Paralegal, American Civil Liberties Union
*Printed name and title*

201 W. Main St., Ste 402
Durham, NC 27701
*Server's address*

Additional information regarding attempted service, etc:

From:    DoNotReply@emailus.usps.gov
To:      Jessica Poland - she/her/hers
Subject: USPS eReceipt
Date:    Thursday, May 21, 2026 10:24:34 AM

**This Message Is From an External Sender**
This message came from outside your organization.



```
                            DURHAM
                     323 E CHAPEL HILL ST
                     DURHAM, NC 27701-9998
                          www.usps.com
05/21/2026                                          10:23 AM
-----------------------------------------------------------
                      TRACKING NUMBERS
                 9589 0710 5270 2253 1496 63
-----------------------------------------------------------
              TRACK STATUS OF ITEMS BY LINK
                      (Up to 25 items)
                    Click to track items
-----------------------------------------------------------
               TRACK STATUS BY TEXT MESSAGE
            Send tracking number to 28777 (2USPS)
          Standard message and data rates may apply
-----------------------------------------------------------
                   TRACK STATUS ONLINE
             Visit https://www.usps.com/tracking
              Text and e-mail alerts available
-----------------------------------------------------------
                      PURCHASE DETAILS
-----------------------------------------------------------
Product                          Qty        Unit    Price
                                            Price
-----------------------------------------------------------
Priority Mail®                    1                 $11.65
   Washington, DC 20530
   Weight: 0 lb 4.30 oz
   Expected Delivery Date
      Tue 05/26/2026
   Insurance                                        $0.00
      Up to $100.00 included
   Certified Mail®                                  $5.30
      Tracking #:
         9589 0710 5270 2253 1496 63
   Return Receipt                                   $4.40
Total                                               $21.35
-----------------------------------------------------------
Grand Total:                                        $21.35
-----------------------------------------------------------
Credit Card Remit                                   $21.35
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX1013
   Approval #: 69515P
   Transaction #: 162
   AID: A0000000041010   Contactless
   AL: Mastercard
-----------------------------------------------------------

                   TO REPORT AN ISSUE
               Visit https://emailus.usps.com

           All hazardous labels/markings on reused
                   boxes MUST be completely
              removed/obliterated if they no longer
                     match the contents.

               TO FILE AN INSURANCE CLAIM
          Visit https://www.usps.com/help/claims.htm

              PREVIEW YOUR MAIL AND PACKAGES
                   Sign up for FREE at
               https://informeddelivery.usps.com

          Looking for a new opportunity? Join a team
            that delivers! The Postal Service is
          actively hiring for full and part-time
            positions. To learn more visit us at
                   www.usps.com/careers

           All sales final on stamps and postage.
           Refunds for guaranteed services only.
                Thank you for your business.

                     Customer Service
                      1-800-ASK-USPS
                     (1-800-275-8777)
                Agents do not have any additional
          information other than what is provided on
                         USPS.com.

              Tell us about your experience.
           Go to: https://postalexperience.com/pos?mt=9
                    or call 1-800-410-7420.

-----------------------------------------------------------

UFN: 362192-0701
Receipt #: 840-52700218-1-7427316-2
Clerk: 1S
```

**Privacy Act Statement:** Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

# USPS Tracking®

FAQs ＞

Remove ✕

**Tracking Number:**

## 9589071052702253149656

**Copy**          **Add to Informed Delivery**

### Latest Update

Your item was picked up at the post office at 4:33 am on May 15, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
May 15, 2026 4:33 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**                                        ⌄

---

**USPS Tracking Plus®**                                         ⌄

---

**Product Information**                                         ⌄

**See Less** ⌃

Track Another Package